1  John B. Sganga, Jr. (SBN 116211)
   john.sganga@knobbe.com
2  Lynda J. Zadra-Symes (SBN 156511)
   lynda.zadrasymes@knobbe.com
3  Matthew S. Bellinger (SBN 222228)
   matthew.bellinger@knobbe.com
4  Jason A. Champion (SBN 259207)
   jason.champion@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
6  2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
7  Phone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  Attorneys for Plaintiff,
   MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST CHILL, INC., a Nevada corporation, and THE JOSEPH COMPANY INTERNATIONAL, INC., a California corporation<br><br>　　　　Defendants. | Case No. SACV14-00140 AB(DFMx)<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)**<br><br>Hon. André Birotte Jr. |

| | |
|---|---|
| 1 | Andrew J. Thomas (SBN 159533) |
| 2 | ajthomas@jenner.com<br>L. David Russell (SBN 260043) |
| 3 | drussell@jenner.com<br>JENNER & BLOCK LLP |
| 4 | 633 West Fifth Street, Suite 3600 |
| 5 | Los Angeles, CA 90071<br>Telephone: (213) 239-5100 |
| 6 | Facsimile: (213) 239-5199 |
| 7 | Breton A. Bocchieri (SBN 119459) |
| 8 | breton.bocchieri@novakdruce.com<br>NOVAK DRUCE CONNOLLY BOVE & QUIGG LLP |
| 9 | 333 S. Grand Avenue, Floor 23<br>Los Angeles, CA 90071 |
| 10 | Telephone: (213) 787-2500<br>Facsimile: (213) 687-0498 |
| 11 | |
| 12 | Attorneys for Defendants,<br>WEST COAST CHILL, INC., and |
| 13 | THE JOSEPH COMPANY<br>INTERNATIONAL, INC. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monster Energy Company and Defendants West Coast Chill, Inc. and The Joseph Company International, Inc. hereby stipulate to a dismissal with prejudice of all claims in this case. The parties agree to bear their own attorneys' fees and costs for all proceedings in this case.

**IT IS SO STIPULATED.**

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 24, 2015        By: */s/ Lynda J. Zadra-Symes*
        John B. Sganga, Jr.
        Lynda J. Zadra-Symes
        Matthew S. Bellinger
        Jason A. Champion

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

JENNER & BLOCK LLP

Dated: June 24, 2015        By: */s/ Andrew J. Thomas (w/ permission)*
        Andrew J. Thomas
        L. David Russell

Attorneys for Defendants
WEST COAST CHILL, INC., and
THE JOSEPH COMPANY
INTERNATIONAL, INC.

19793856
012115